NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARNOLDO ROJERO,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5111

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-670, Senior Judge James F. Merow.

---

## ON MOTION

---

## ORDER

The United States moves for a nine-day extension of time, until September 30, 2011, to file its response to this court's August 22, 2011 show cause order.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 2 0 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Arnoldo Rojero
     Alexander V. Sverdlov, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 2 0 2011

**JAN HORBALY**
**CLERK**